*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:   October 2, 2014                518581
_____

In the Matter of the Claim of
    MARYANN E. HANNA,
                        Appellant.
                                        MEMORANDUM AND ORDER
COMMISSIONER OF LABOR,
                        Respondent.
_____

Calendar Date:   August 4, 2014

Before:   Lahtinen, J.P., McCarthy, Rose, Egan Jr. and Clark, JJ.

_____

        Maryann E. Hanna, Wilmington, North Carolina, appellant
pro se.

_____

        Appeal from a decision of the Unemployment Insurance Appeal
Board, filed June 4, 2013, which ruled that claimant was
disqualified from receiving unemployment insurance benefits
because she voluntarily left her employment without good cause.

        Decision affirmed.   No opinion.

        Lahtinen, J.P., McCarthy, Rose, Egan Jr. and Clark, JJ.,
concur.

ORDERED that the decision is affirmed, without costs.


ENTER:

Robert D. Mayberger
Clerk of the Court